VINCENT J. MARTIN, Respondent, *v.* CLARENCE B. INGRAM, Appellant.

VINCENT J. MARTIN, as Administrator of the Estate of FRANCES K. MARTIN, Deceased, Respondent, *v.* CLARENCE B. INGRAM, Appellant.

MARIAN MARTIN, an Infant, by VINCENT J. MARTIN, Her Guardian ad Litem, Respondent, *v.* CLARENCE B. INGRAM, Appellant.

MARY J. GILCHRIST, Respondent, *v.* CLARENCE B. INGRAM, Appellant.

Submitted March 6, 1939; decided April 5, 1939.

*Stanley B. Johnson* for motion.

No one opposed.

Motion granted and appeal dismissed, without costs.